IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MATTHEW Q. MURRAY        *
                         *
          v.             *   Civil No. JFM-06-301
                         *
NORMAN SCARBOROUGH       *
                       *****

MEMORANDUM

Plaintiff, an employee of the United States Postal Service, instituted this *pro se* action against Norman Scarborough, his supervisor, in the District Court of Maryland for Baltimore County.  The United States removed the action to this court.  Simultaneously, it filed a motion to substitute itself as the defendant and to dismiss or for summary judgment.

Plaintiff has responded to the motions.  The motions will be granted.

The action filed by plaintiff was for a "peace order."  Plaintiff alleges that "[o]n Jan. 30, 2006, Scarborough, while at work (Post Office Pikesville Branch) blocked me from leaving me case.  There is prior incident where this person assaulted me causing injury."

It is apparent from plaintiff's own allegations, and confirmed by the materials the United States has submitted in connection with the certification filed by the United States Attorney, that Scarborough was acting within the scope of his federal employment at the time of the alleged incident.  Accordingly, the United States is properly substituted as a defendant.  28 U.S.C. §2679.

Likewise, it is clear that the United States is entitled to dismissal of the action.  Plaintiff is seeking injunctive relief, and such relief is not available under the Federal Tort Claims Act or any other federal statute.

A separate order effecting the rulings made in this memorandum is being entered

herewith.


Date: April 7, 2006            /s/_____
                               J. Frederick Motz
                               United States District Judge